**NOT FOR PUBLICATION**

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |
|---|---|
| HCB, LLC and SIMPLE SOLUTIONS, LLC, ) ) **Plaintiffs,** ) ) v. ) ) CK VENTURES, INC. d/b/a ) HITFARM.COM, ) ) **Defendant.** ) | Civil No. 2007-120 |

**Appearances:**

**A Jennings Stone**
    St. Thomas, U.S.V.I.
    *For the Plaintiffs*,

Before the Court is the petition of HCB, LLC and Simple Solutions, LLC for a temporary restraining order against defendant CK Ventures, Inc. The premises considered, it is hereby

**ORDERED** that the petition for a temporary restraining order is **DENIED**.

**DATED:** September 21, 2007        S\_____
                                         **Curtis V. Gómez**
                                          **Chief Judge**

Copy:    Hon. Geoffrey W. Barnard
         A. Jennings Stone, Esq.
         Wilfredo F. Morales
         Carol C. Jackson
         Lydia Trotman
         Claudette Donovan
         Olga Schneider
         Renee Andre